IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**ANTHONY BEARD**                                                                          **PLAINTIFF**

v.                           **No. 4:12-cv-00483 KGB**

**ARKANSAS DEPARTMENT OF
CORRECTION**                                                         **DEFENDANT**

## **JUDGMENT**

Consistent with the Order entered on this day, it is considered, ordered, and adjudged that plaintiff Anthony Beard's Title VII and Arkansas Civil Rights Act claims are dismissed with prejudice.

DATED this 22nd day of October, 2013.

_____
KRISTINE G. BAKER
UNITED STATES DISTRICT JUDGE